UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20158-CIV-UNGARO

BENJAMIN BADALES and all other
similarly situated under 29 USC 216(B),

       Plaintiff,

v.

#1 ROACH BUSTERS BUG KILLERS OF
AMERICA, INC., and JUAN A. LOPEZ,

       Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon a *sua sponte* examination of the file.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. Plaintiff filed this action on January 18, 2008. On April 11, 2008, this Court issued an Order Rescheduling the Planning and Scheduling Conference. The Order specifically provided that any claims against Defendant who has not been served with process within 120 days after the filing of the Complaint shall be dismissed without prejudice in accordance with Fed. R. Civ. P. 4(m). The Court notes that Plaintiff has yet to effectuate service upon the Defendants as required by Fed. R. Civ. P. 4 and make proof thereof with the Court in accordance with Fed. R. Civ. P. 4(l). Accordingly, it is hereby

ORDERED and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of May, 2008.

*Ursula Ungaro* (signature)

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
Counsel of record
Magistrate Judge Simonton